IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HODGES, | No. 2:15-CV-0179-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2016, the court directed plaintiff to file an amended complaint within 30 days. On May 13, 2016, the court granted plaintiff's motion for an extension of time and extended that deadline to June 12, 2016. Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, plaintiff has not filed an amended complaint.

///

///

1       Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2 this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again
3 warned that failure to respond to this order may result in dismissal of the action for the reasons
4 outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
5       IT IS SO ORDERED.

 

DATED: June 28, 2016

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE